ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

DEC 1 3 2006

CLERK, U.S. DISTRICT COURT
By _____
         Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ARNOLD RAY REED | ) | |
| | ) | |
| V. | ) | 3-06-CV-1113-B |
| | ) | |
| NATHANIEL QUARTERMAN, Director, | ) | |
| Texas Department of Criminal Justice | ) | |
| Correctional Institutions Division | ) | |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF
### THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge William F. Sanderson, Jr., made findings, conclusions and a recommendation in this case. Plaintiff filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

IT IS, FURTHER ORDERED that Respondent's second motion for extension of time to file an answer (Docket #13) is GRANTED, and that Petitioner's motions to appoint counsel, to produce and to transfer case out of district because he can't receive a fair trial (Docket # 11, 12, 14 and 19) are DENIED, the same being moot.

SO ORDERED this 13th day of DEC., 2006.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE